## CARSON *v.* THE STATE.

LITTLE, J. Construed with reference to the charge as a whole there was no error in the parts of the charge of which complaint is made, nor in the admission of evidence. The evidence warranted the verdict, and the court did not err in refusing to grant a new trial.

> *Judgment affirmed. All the Justices concurring.*

Submitted October 17,—Decided October 26, 1900.

Indictment for arson. Before Judge Butt. Marion superior court. July 21, 1900.

*Simeon Blue*, for plaintiff in error.
*S. P. Gilbert, solicitor-general*, and *W. D. Crawford*, contra.

---

## HENDERSON *v.* THE STATE.

FISH, J. Apparently the penal statutes against vagrancy are not applicable to any minor, but if they are so in any case, no minor can be lawfully convicted of this offense when it is shown, by undisputed evidence, that he has a parent able and willing to support him and who is, in fact, so doing. See *Teasley* v. *State*, 109 *Ga.* 282. · *Judgment reversed. All the Justices concurring.*

Submitted October 17, — Decided October 26, 1900.

Accusation of vagrancy. Before Judge Toombs. City court of Washington. August 25, 1900.

*R. C. Norman*, for plaintiff in error.
*W. M. Sims, solicitor*, contra.